THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Marvin Hill, Appellant.
 
 
 

Appeal From Fairfield County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No.  2008-UP-379
 Submitted July 1, 2008  Filed July 14,
2008

APPEAL DISMISSED

 
 
 
 Chief Attorney for Capital Appeals Joseph L. Savitz, III, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Douglas A. Barfield, Jr., of Lancaster, for
 Respondent.
 
 
 

PER CURIAM: 
 Marvin Hill appeals his guilty pleas for second- degree burglary, two counts of grand
 larceny, and distribution of crack cocaine.  On appeal, Hill alleges the plea
 court, by advising him of his right to appeal, rendered his plea conditional
 and therefore invalid. After
 a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.